IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CONTRELL PLUMMER, # B-14235,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 12-cv-908-NJR-DGW |
| | ) |
| **ROBERT M. DILDAY,** | ) |
| **ROY GRATHLER,** | ) |
| **DANA JAENKE,** | ) |
| **JORDAN KILPATRICK,** | ) |
| **STEPHEN M. BAKER,** | ) |
| **BEAU W. PURTLE,** | ) |
| **MARK PRANGE,** | ) |
| **PATRICK SEVERS,** | ) |
| **EDDIE C. RUMPH,** | ) |
| **TOMMY LAWLESS,** | ) |
| **BILLY J. BAKER,** | ) |
| **and UNKNOWN CRANK,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

This matter is before the Court *sua sponte* for a status review.

Attorney Catherine R. Grantham was appointed to represent Plaintiff for the purpose of conducting discovery and filing a Second Amended Complaint (Doc. 17). After some delay, and the issuance of a Show Cause Order (Doc. 26), she submitted the amended complaint on April 22, 2014 (Doc. 37). Summons was issued to the Defendants listed above, and the matter was referred to United States Magistrate Judge Donald G. Wilkerson for further pre-trial proceedings (Doc. 39). In that Order, Judge Reagan specified that, "Until Defendants appear, the show cause order and hearing (see Doc. 26, modified by Doc. 29) will remain pending before the undersigned Judge." (Doc. 39, p. 11). Subsequently, this case was reassigned to the docket of

Judge Rosenstengel (Doc. 54), and the show cause hearing was rescheduled for June 30, 2014, at 10:00 a.m.

As of June 12, 2014, all but two of the Defendants have returned their executed waivers of service. The litigation coordinator at Menard Correctional Center has informed the Court that Defendant Stephen Baker is on a leave of absence (Doc. 63), and Unknown Defendant Crank could not be identified (Doc. 52). Given this progress, the undersigned Judge finds that Attorney Grantham has sufficiently completed the duties for which she was appointed, and the previously-ordered show cause hearing is no longer necessary.

**IT IS THEREFORE ORDERED** that the show cause hearing set for 10:00 a.m. on June 30, 2014, before the undersigned is **CANCELLED** and the Show Cause Order (Doc. 26, modified by Doc. 29) is **DISCHARGED.**

Attorney Grantham was recruited and appointed to represent Plaintiff in the discovery phase of this matter and to file an amended complaint on Plaintiff's behalf. She has completed those tasks, and under the terms of this Court's order appointing her, she may now file a motion to withdraw as counsel, at her option (Doc. 17, p. 3).

To facilitate the orderly management of this case, counsel must inform the Court and the parties of her intentions regarding continuing or terminating her representation. **IT IS THEREFORE ORDERED** that, if Attorney Grantham desires to withdraw as Plaintiff's counsel in this matter, she **SHALL FILE** her motion to withdraw within 28 days of the date of this order (on or before July 16, 2014). Alternatively, if counsel chooses to continue her representation, she shall provide written notice to the Court, opposing counsel, and the

unrepresented Defendants by that deadline.

**IT IS SO ORDERED.**

**DATED: June 17, 2014**

s/ NANCY J. ROSENSTENGEL
United States District Judge
